18824—Norman G. Kendall v. State of Ohio. Motion for an order directing the Court of

Appeals of Cuyahoga county to certify its record. Overruled. Dock. 11-17-24, 2 Abs. 722.